**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-6840**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ADAM JOE LOUIS JORDAN, III,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:11-cr-00011-KDB-DSC-1)

---

Submitted:  January 17, 2023                          Decided:  January 20, 2023

---

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Adam Joe Louis Jordan, III, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adam Joe Louis Jordan, III, appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *United States v. Jordan*, No. 5:11-cr-00011-KDB-DSC-1 (W.D.N.C. filed July 12, 2022; entered July 13, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*